**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:25-cr-350 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | **MOTION TO WITHDRAW AS** |
| | ) | **COUNSEL** |
| GODWIN OBOT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes undersigned counsel and hereby moves this Honorable Court for an order allowing him to withdraw as counsel for Defendant Godwin Obot in the above-captioned matter.

While this Court is aware of Mr. Obot's history regarding his representation and his desire to represent himself, undersigned counsel summarizes as follows:

At his arraignment on July 25, 2025, Magistrate Judge Greenberg appointed Assistant Federal Defender Darin Thompson to represent Mr. Obot.  (Doc. N/A: July 25, 2025, Minute Entry.)  Thereafter, on November 3, 2025, Mr. Thompson filed a motion for a hearing with the Court, explaining that Mr. Obot "has advised that he would like to proceed *pro se* in the defense of his case." (Doc. 17.)  This Court then held a hearing on November 18, 2025, to address Mr. Obot's motion and decided to appoint new counsel.  (Doc. N/A: November 18, 2025, Minute Entry.)  On November 20, 2025, this Court appointed undersigned counsel to represent Mr. Obot in the instant matter. (Doc. N/A: November 20, 2025, Appointment.)

On January 2, 2026, undersigned counsel filed a Motion to Revoke Order of Detention Pending Trial.  (Doc. 20.)  Shortly thereafter, on January 21, 2026, the Court held a hearing on Defendant's motion.  After consideration of the testimony and proffers presented, this Court denied Mr. Obot's motion and ordered his continued detention pending trial.  (Doc. N/A: January

1

21, 2026, Minute Entry.)  Mr. Obot then requested a Status Conference to express his

dissatisfaction with current representation and his desire to represent himself. (Doc. 22.)

During the Status Conference on January 29, 2026, this Court addressed several of Mr.

Obot's concerns, including his medical treatment.  (Doc. N/A: January 29, 2026, Minute Entry.)

As detailed in the Minute Entry, Mr. Obot wavered between a desire to have undersigned

counsel continue representing him and his desire to represent himself *pro se*:

> Mr. Obot addressed concerns relating to his current medical treatment. The Court and
> counsel addressed those issues, and as a result, Mr. Obot advised the Court that he wishes
> to have Mr. Kolansky continue to represent him, however after the Court advised Mr.
> Obot that he will not be permitted to be seen by his former physician in Minnesota, he
> then stated that he wishes to represent himself pro se. The Court then asked some
> questions regarding the waiver of the right to counsel and advised Mr. Obot to think
> through whether he wished to have the assistance of counsel or to represent himself. At
> the next status conference set for March 9, 2026 at 12:00 p.m., the Court will revisit this
> issue.

(*Id.*)  Based on these discussions with the Court, undersigned counsel has continued to represent

Mr. Obot.

After additional discussions with Mr. Obot, undersigned counsel filed a Notice of Appeal

to the Sixth Circuit Court of Appeals from the order denying the Motion to Revoke Detention

Order. (Doc. 23.) The Sixth Circuit extended undersigned counsel's appointment to the appeal.

(*United States v. Godwin Obot*, No. 26-3084, Doc. 2 (6th Cir. Feb. 2, 2026)). Additionally, an

expedited briefing schedule has been set with Mr. Obot's brief due on March 13, 2026. (*Id.* at

Doc. 5.)

Despite ongoing efforts to maintain a workable attorney-client relationship, Mr. Obot has

again expressed his lack of trust in undersigned counsel, his desire to terminate the relationship,

and his request to proceed *pro se*. Indeed, it is now evident that undersigned counsel and Mr.

Obot have irreconcilable differences which make the continued representation of Mr. Obot

untenable. Counsel believes it is in the best interest of Mr. Obot to withdraw as counsel of record. Mr. Obot has again expressed his intention to proceed *pro se*, both in the matter before this Court and with regard to his appeal now pending in the Sixth Circuit Court of Appeals.[1]

WHEREFORE, undersigned counsel respectfully requests that he be allowed to withdraw as counsel of record for Defendant.

Respectfully Submitted,

*/s/ Robert J. Kolansky*
Robert J. Kolansky (0104398)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4575
rkolansky@beneschlaw.com
*Attorney for Defendant Godwin Obot*

---

[1] Simultaneously with this motion, undersigned counsel will file a motion to withdraw from representing Mr. Obot in the Sixth Circuit matter.

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 16, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

<u>/s/ Robert J. Kolansky</u>
Robert J. Kolansky (0104398)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
127 Public Square Suite 4900
Cleveland, OH 44114-1304
rkolansky@beneschlaw.com
Telephone: (216) 363-4575
*Attorney for Defendant Godwin Obot*